

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-14-00116-CV

Norris J. **DEVOLL,**
Appellant

v.

Rebecca **DEMONBREUN,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01296
Honorable Laura Salinas, Judge Presiding

# O R D E R

The clerk's record in this appeal is due March 31, 2014. On February 21, 2014, appellant filed a motion asking that the clerk's record and reporter's record filed in appellate cause number 04-13-00643-CV be transferred to this appellate cause number 04-14-00116-CV. On December 18, 2013, in appellate cause number 04-13-00643-CV, this court issued an opinion dismissing the appeal because the appealed-from order was interlocutory. In his motion to transfer the records, appellant states he has since obtained a severance order, and requested a clerk's record containing the severance order in the severed action.

In the interest of judicial economy, the request is GRANTED. Accordingly, the Clerk of this court is hereby ORDERED to transfer the clerk's record and reporter's record from appellate cause number 04-13-00643-CV to appellate cause number 04-14-00116-CV.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court